BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SCHILDGEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10 - 913 RS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE SENTENCING** |
| vs. | ) | **DATE** |
| | ) | |
| JACOB PETER SCHILDGEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The sentencing in this matter is presently set for May 10, 2011. Because of scheduling conflicts between the Probation Officer and the defendant's counsel, the defendant was not interviewed for the Presentence Report in time for the parties to meet a schedule which would allow for the sentencing to proceed on that date. As a result, the parties agree and stipulate to continue the sentencing in this matter until June 7, 2011 at 2:30.

SO STIPULATED.

/ /

/ /

/ /

/ /

1

| | | |
|---|---|---|
| Dated: | 4/29/2011 | ___/s/_____<br>GEOFFREY A. HANSEN<br>Counsel for Defendant |
| Dated: | 4/29/2011 | ___/s/_____<br>CYNTHIA FREY<br>Assistant United States Attorney |

**IT IS SO ORDERED**.

Dated:  5/2/11

_____
RICHARD SEEBORG
United States District Court Judge

2